UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 24-243 (KMW) |
| v. | : | Hon. Elizabeth A. Pascal, U.S.M.J. |
| DALE CHAPPELL | : | <u>UNSEALING ORDER</u> |

This matter having come before the Court on the application of the United States of America (Katherine Romano, Assistant U.S. Attorney, appearing) for an order that the docket, Indictment, and Arrest Warrant in the above-captioned matter be unsealed, based on the defendant's provisional arrest in Switzerland on December 20, 2024, pending further extradition proceedings, and for good cause shown,

IT IS ON this 23rd day of December, 2024,

ORDERED that the docket, Indictment, and Arrest Warrant filed in the above-captioned matter are unsealed.

_____
HON. ELIZABETH A. PASCAL
UNITED STATES MAGISTRATE JUDGE